**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

LISA FRAIBERG,

        Plaintiffs,

v.                                              CASE NO. 06-13257
                                                 HON. LAWRENCE P. ZATKOFF

BOARD OF REGENTS OF THE
UNIVERSITY OF MICHIGAN.

        Defendant.
_____/

**ORDER DISMISSING PLAINTIFF'S STATE LAW CLAIMS**

Plaintiff filed her Complaint on July 19, 2006. Plaintiff's Complaint contains the following five counts:

    Count I        Family Medical Leave Act Violations;

    Count II       Family Medical Leave Act Retaliation;

    Count III      Americans with Disabilities Act Discrimination;

    Count IV      Michigan Persons with Disabilities Civil Rights Act Violations; and

    Count V       Michigan Whistleblower's Protection Act Violations.

*See* Complaint.

The Court has subject matter jurisdiction over Counts I, II and III, because they arise under federal law. *See* 28 U.S.C. § 1331. Counts IV, and V, however, are based upon state law. Although the Court has supplemental jurisdiction over state law claims pursuant to 28 U.S.C. § 1367(a), the Court may decline to exercise supplemental jurisdiction if there are "compelling reasons for declining jurisdiction." *See* 28 U.S.C. § 1367(c)(4). The Court declines to exercise supplemental jurisdiction over Plaintiff's state law claims in this matter. The Court finds that the

contemporaneous presentation of Plaintiff's parallel state claims for relief will result in the undue confusion of the jury.  *See* 28 U.S.C. § 1367(c)(4); *see also Padilla v. City of Saginaw*, 867 F. Supp. 1309, 1315 (E.D. Mich. 1994).

Accordingly, IT IS ORDERED that Plaintiff's state law claims involving the Michigan Persons with Disabilities Civil Rights Act and the Michigan Whistleblower's Protection Act (Counts IV and V) are hereby DISMISSED without prejudice.  The Court retains jurisdiction over Plaintiff's federal claims (Counts I, II and III).

IT IS SO ORDERED.

s/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated:  August 21, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on August 21, 2006.

s/Marie E. Verlinde
Case Manager
(810) 984-3290